AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Charles Fofie, Jr. | ) Case No. 1:24-CR-023-02 | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

REC'D USMS-D/ND
2024 FEB 22 15:33

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Charles FOFIE, JR.,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:   02/22/2024                                            /s/ Renee Hellwig, Deputy Clerk
                                                              *Issuing officer's signature*

City and state:   Bismarck, ND                               /s/ Renee Hellwig, Deputy Clerk
                                                              *Printed name and title*

### Return

This warrant was received on *(date)* 2/24/2024 , and the person was arrested on *(date)* 11/25/2024
at *(city and state)* Bronx, NY .

Date: 2/27/2025

                                                              *Arresting officer's signature*

                                                              Alec Johnston DUSM
                                                              *Printed name and title*