UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARLES FOFIE, JR.,<br><br>　　　　Defendant. | Case No. 1:24-cr-00023<br><br><br><br>**MOTION TO CONTINUE<br>PRETRIAL STATUS CONFERENCE<br>AND TRIAL** |

　　　　The Defendant, Charles Fofie, Jr., through counsel, Erica A. Skogen Hovey, moves this Honorable Court for an Order continuing the pretrial motion deadline, pretrial status conference scheduled for May 20, 2025 (Doc. 43), and trial scheduled for June 10, 2025 (Doc. 41). The reason for this request is because discovery is ongoing and to allow additional time for case preparation and ongoing discussions between the parties.

　　　　Assistant U.S. Attorney Paul Jensen does not oppose this motion.

　　　　Therefore, Defendant respectfully requests the Court reschedule the pretrial conference and trial to later dates and issue a new scheduling order accordingly. This motion is made in the interests of justice and not for purposes of delay. Defendant hereby waives his rights under the Speedy Trial Act for the duration of the requested continuance. This waiver is made knowingly and voluntarily and incorporates by reference the previously filed Speedy Trial Waiver (Doc. 36).

　　　　Dated this 14th day of May, 2025.

　　　　　　　　　　　　　　　　　　**VOGEL LAW FIRM**

　　　　　　　　　　　　　　　　　　　 */s/ Erica A. Skogen Hovey*
　　　　　　　　　　　　　　　　　BY:　Erica A. Skogen Hovey (#09138)
　　　　　　　　　　　　　　　　　　　218 NP Avenue
　　　　　　　　　　　　　　　　　　　PO Box 1389
　　　　　　　　　　　　　　　　　　　Fargo, ND  58107-1389
　　　　　　　　　　　　　　　　　　　Telephone: 701.237.6983
　　　　　　　　　　　　　　　　　　　Email:　　ehovey@vogellaw.com
　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT